**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ABATEMENT ORDER

Appellate case name:     Ex parte Christian Charles Lee

Appellate case number:   01-18-00969-CR

Trial court case number: 2215871

Trial court:             County Crminal Court at Law No. 8 of Harris County

       Appellant, Christian Charles Lee, has filed an appeal from the trial court's denial of his pre-trial application for writ of habeas corpus. The record, however, does not include the trial court's signed judgment denying the habeas application. Accordingly, we abate the appeal pending a supplemental clerk's record containing the trial court's signed judgment denying the habeas petition.

       It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
                            Acting individually


Date: ___October 23, 2020_____